**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-8005**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

CLAUDE WENDELL BELLAMY,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington.  James C. Fox, Senior District Judge.  (7:99-cr-00049-F-1)

Submitted:  February 27, 2014        Decided:  March 5, 2014

Before NIEMEYER, KING, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Claude Wendell Bellamy, Appellant Pro Se.  John Samuel Bowler, OFFICE OF THE UNITED STATES ATTORNEY, Jennifer P. May-Parker, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Claude Wendell Bellamy appeals the district court's order denying his motion to relate back and amend. We have reviewed the record and find no reversible error and affirm for the reasons cited by the district court. <u>United States v. Bellamy</u>, No. 7:99-cr-00049-F-1 (E.D.N.C. Dec. 6, 2013). We deny Bellamy's motion for relief from judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>